UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Tyler Jordan Wilson, ) | Case No. B-17-10206 C-7G |
| ) | |
| Debtor. ) | |
| ) | |

**TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM NO. 7**

Everett B. Saslow, Jr., Chapter 7 Trustee in the case for the bankruptcy debtor named above, objects to the allowance or classification of the following claim filed in this case. The claim to which objection is made and the grounds for the objection are as follows:

Claim No. 7, filed as a secured claim by Innovative Concept Solutions, Inc., c/o Paul Koonts, Oertel, Koonts & Oertel, PLLC, 3493 Forestdale Dr, Ste 103, Burlington, NC 27215 in the amount of $22,873.45, upon the grounds that the claim states that it is fully secured by certain collateral owned by debtor's company which collateral is an asset which has not been administered by the Trustee in this case so that the holder of this claim should not share in the distribution to the holders of general unsecured claims in accordance with Bankruptcy Code Section 726. The Trustee is not objecting to the interest of the creditor in the property as to which the creditor asserts a secured position; however, the Trustee's position is that the creditor will be or has been paid by virtue of its lien position in its collateral so that the claim should not share in the distribution to the holders of unsecured claims in this case and so that therefore the claim should be disallowed for purposes of distribution in this case.

WHEREFORE, the Trustee requests that the claim identified above be disallowed as described above, and that the Trustee have such other and further relief as may be just and proper.

This the 5th day of January, 2018.

s/ Everett B. Saslow, Jr.
Everett B. Saslow, Jr.
N.C. State Bar No. 7301

OF COUNSEL:

HILL EVANS JORDAN & BEATTY
A Professional Limited Liability Company
Post Office Box 989
Greensboro, North Carolina 27402
Telephone: (336) 379-1390