UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Tyler Jordan Wilson, | ) Case No. B-17-10206 C-7G |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF TRUSTEE'S OBJECTION TO CLAIM**

**TAKE NOTICE** that the Trustee has filed a certain Trustee's Objection to Allowance of Claim in this case. Any party desiring to respond to this Objection MUST FILE A WRITTEN RESPONSE with the Court at the address given below, and must serve a copy of the response on the Trustee whose name and address appear on the Trustee's Objection to Allowance of Claim, on or before the ____ day of _____, 2018.

**TAKE FURTHER NOTICE** that if a timely response is filed to the Trustee's objection, a hearing will be held before the Court at _____ o'clock a.m./p.m., on the ____ day of _____, 2018, at the United States Bankruptcy Court, Courtroom No. ____, Second Floor, 101 S. Edgeworth Street, Greensboro, North Carolina.

The hearing will be held <u>only</u> in the event that a Response is timely filed. If no Response is filed, an Order will be entered allowing the Trustee's objection.

Claimants are urged to contact the Trustee if additional information can be furnished to the Trustee to resolve any dispute concerning the allowance of the claims.

**TAKE FURTHER NOTICE** that any corporation filing a response MUST be represented by Legal Counsel at the hearing.

The claims being objected to by the Trustee are set forth below:

| Claim No. | Claimant | Amount of Claim |
|---|---|---|
| 4 | AmeriCredit/GM Financial | $40,475.06 |
| 7 | Innovative Concept Solutions, Inc. | $22,873.45 |

Date: _____

_____
Deputy Clerk
United States Bankruptcy Court
Post Office Drawer 26100
Greensboro, North Carolina  27420-6100