# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 17-10206 BAK   Judge: BENJAMIN A. KAHN | Trustee Name: | EVERETT B. SASLOW, JR. |
|---|---|---|---|
| Case Name: | WILSON, TYLER JORDAN | Date Filed (f) or Converted (c): | 02/23/17 (f) |
| | | 341(a) Meeting Date: | 03/27/17 |
| For Period Ending: | 12/31/17 | Claims Bar Date: | 12/12/17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. 2015 CHEVROLET SILVERADO  Fully encumbered. | 30,307.50 | 0.00 | DA | 0.00 | FA | 40,910.00 | 0.00 |
| 2. CLOTHES  Debtor Claimed 100% Exemption on Form 91C | 600.00 | 600.00 | DA | 0.00 | FA | 0.00 | 600.00 |
| 3. CASH  Debtor Claimed 100% Exemption on Form 91C | 5.00 | 0.00 | DA | 0.00 | FA | 0.00 | 5.00 |
| 4. COMMUNITYONE CHECKING ACCT 8082  Debtor Claimed 100% Exemption on Form 91C | 43.05 | 0.00 | DA | 0.00 | FA | 0.00 | 43.05 |
| 5. COMMUNITYONE BUSINESS CHECKING ACCT 5360  Debtor Claimed 100% Exemption on Form 91C | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 6. INTEREST IN TOP PERFORMANCE ACADEMY, LLC  Debtor Claimed 100% Exemption on Form 91C | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 7. ESTIMATED 2016 TAX REFUND - FEDERAL & STATE | 15,000.00 | 10,043.05 | | 13,263.00 | 0.00 | 0.00 | 4,956.95 |
| TOTALS (Excluding Unknown Values) | $45,955.55 | $10,643.05 | | $13,263.00 | $0.00 | $40,910.00 | $5,605.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3rd Interim Quarterly Report. Having received a federal income tax refund, during the next calendar quarter the Trustee will follow for the North Carolina refund and will administer non-exempt tax refunds.

2nd Interim Quarterly Report. There are no open bank accounts at this time (the Trustee is opening an account in the first week of October). The Trustee received a federal income tax refund and will follow for the North Carolina refund and will administer non-exempt tax refunds.

1st Interim Quarterly Report. There are no open bank accounts at this time. The Trustee intends to continue to seek to administer non-exempt tax refunds.

Initial Projected Date of Final Report (TFR): 03/31/18        Current Projected Date of Final Report (TFR): 03/31/18

PFORM1EX

Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-10206 -BAK | Trustee Name: | EVERETT B. SASLOW, JR. | |
| Case Name: | WILSON, TYLER JORDAN | Bank Name: | UNION BANK | |
| | | Account Number / CD #: | *******3904 Checking Account | |
| Taxpayer ID No | *******2189 | | | |
| For Period Ending: | 12/31/17 | Blanket Bond (per case limit): | $ 2,500,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/17 | 7 | UNITED STATES TREASURY | Year 2016 Form 1040 federal income | 1124-000 | 13,263.00 | | 13,263.00 |
| 10/05/17 | 010001 | TYLER JORDAN WILSON<br>3946 MT. HERMON ROCK CREEK RD.<br>GRAHAM, NC 27253 | Part of Debtor's wild card exemption in tax refunds | 8100-000 | | 3,201.95 | 10,061.05 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,046.05 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,031.05 |

| Account | | | | | |
|---|---|---|---|---|---|
| *******3904 | Balance Forward | 0.00 | | | |
| | 1 Deposits | 13,263.00 | 1 Checks | 3,201.95 |
| | 0 Interest Postings | 0.00 | 2 Adjustments Out | 30.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 13,263.00 | | |
| | | | Total | $ 3,231.95 |
| | 0 Adjustments In | 0.00 | | |
| | 0 Transfers In | 0.00 | | |
| | Total | $ 13,263.00 | | |

Trustee's Signature: /s/   EVERETT B. SASLOW, JR.   Date: 01/11/18
EVERETT B. SASLOW, JR.

PFORM2T4

Ver: 20.00g